UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-232-MOC

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| MELISSA GREENE | |

Upon consideration of the Unopposed Motion to Modify Conditions of Home Incarceration (Doc. No. 25), the Court hereby modifies Special Condition #28 as follows:

Defendant shall submit to home detention, with location monitoring technology, for a period of TEN (10) months and comply with its requirements as directed. During this time, Defendant is restricted to her residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by the probation officer. Defendant shall maintain a telephone at her place of residence without any "call forwarding", "Caller ID services", "call waiting", dial-up computer modems, 1-800 long distance call block, fax machine, voice over internet protocol (VOIP), burglar alarm, or three-way calling service.

**IT IS SO ORDERED**

Signed: May 27, 2021

Max O. Cogburn Jr
United States District Judge

1